JS-6 / ENTER

FILED
FEB 1 2 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 1 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAMON SOTO,<br><br>  Petitioner,<br><br>  v.<br><br>ANTHONY HEDGPETH, Warden,<br><br>  Respondent. | Case No.  CV 08-8050-SVW (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: 2/10/10

_____
Stephen V. Wilson
United States District Judge